**GRAY v. STATE.**

No. 17630.

Court of Criminal Appeals of Texas.

June 12, 1935.

Rehearing Granted Nov. 27, 1935.

Alex Pope, of Tyler, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is the unlawful possession of intoxicating liquor for the purpose of sale; penalty assessed at confinement in the penitentiary for two years.

The indictment appears regular and properly presented. A plea of guilty was entered. The record is before this court without statement of facts or bills of exception.

No error having been perceived or pointed out, the judgment is affirmed.

On Motion for Rehearing.

HAWKINS, Judge.

Conviction is for possessing intoxicating liquor for the purpose of sale; punishment being two years in the penitentiary.

Near the close of the previous term an opinion was delivered affirming the judgment. Pending a motion for rehearing the law (Pen. Code 1925, art. 666 et seq., as amended) under which conviction was had has been repealed (Vernon's Ann.P.C. art. 666—49), hence the conviction falls. See Guy Meadows v. State (Tex.Cr.App.) 88 S.W.(2d) 481, opinion of this date. The motion for rehearing is granted, the judg-

488

.ment of affirmance is set aside, and the former opinion is withdrawn. The judgment of conviction is now reversed and the prosecution is dismissed.